BURTON L. ZEMPSKY'S APPEAL FROM PROBATE

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 521, is denied.

*Karen Fox Tross,* in support of the petition.

*Irving H. Perlmutter* and *Matthew G. Galligan,* in opposition.

Decided June 18, 1986

STATE OF CONNECTICUT *v.* BERNARD BALDWIN

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 477, is denied.

*Neil A. Lieberthal,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided June 25, 1986